# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0632

_____

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellant,

   v.

LE'TAVIA JONES,

   Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
Timothy S. Stanton, Judge.

Date of Accident: January 7, 2019.

August 29, 2024

PER CURIAM.

   AFFIRMED.

ROBERTS, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ryan L. Davis of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Jacksonville, for Appellant.

Michael J. Winer of Winer Law Group, P.A., Tampa, for Appellee.